BEFORE THE FIRST DIVISION, JUNE 14, 1965

No. 69370.—Polks Model Craft Hobbies, Inc. v. United States, protests 64/2353(D), 64/2358(B), and 64/2342(B) (New York).

Opinon by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69371.—Montgomery Ward & Company v. United States, protests 63/15503–13712 and 64/1394–14177 (Chicago).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of nonelectrical miniature railroad equipment, not chiefly used for the amusement of children, the claim of the plaintiff was sustained.

No. 69372.—New York Merchandise Co., Inc. v. United States, protest 64/1083 (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls with chenille or foil stems similar in all material respects to those the subject of Joseph Markovits, Inc. v. United States (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiff was sustained.